No. —, original. Ex parte Richard Paul Billings; and

No. —, original. Ex parte Howard H. Higley. May 22, 1939. Motions for leave to file petitions for writs of habeas corpus denied.

No. —. In the Matter of Johnnie Caesar. May 22, 1939. Application for writ of prohibition denied.

No. 441. Electric Storage Battery Co. v. Shimadzu et al. May 22, 1939. The opinion is amended by striking out the word "them" at the end of the first full paragraph on page 11, and substituting "the claims in suit"; and by striking out the words "invalidity of" in the next to the last line of the opinion and substituting therefor the words "dismissal as to." The petitions for rehearing are denied.

Reported as amended, *ante,* p. 5.